CRIMINAL CASE COVER SHEET
U.S. District Court
PLACE OF OFFENSE:

CITY: _____

COUNTY: ___Scott___

RELATED CASE INFORMATION: 3:19CR166DRS
SUPERSEDING INDICTMENT _____ DOCKET # _____
SAME DEFENDANT _____ NEW DEFENDANT _____
MAGISTRATE JUDGE CASE NUMBER 3:19MJ246LRA
R 20/ R 40 FROM DISTRICT OF _____

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
AUG 19 2019
ARTHUR JOHNSTON
BY _____ DEPUTY

**DEFENDANT INFORMATION:**

JUVENILE: ___ YES _x_ NO

MATTER TO BE SEALED: ___ YES _x_ NO

NAME/ALIAS: Angel Amador a/k/a Luis Bautista-Gomez a/k/a Pedro Carmelo-Gomez a/k/a Rodolfo Pineda, Jr.

**U.S. ATTORNEY INFORMATION:**

AUSA  Kimberly T. Purdie    BAR # 104168

INTERPRETER: ___ NO _x_ YES  LIST LANGUAGE AND/OR DIALECT: Spanish

**LOCATION STATUS:**   ARREST DATE _____

___ ALREADY IN FEDERAL CUSTODY AS OF _____
___ ALREADY IN STATE CUSTODY
___ ON PRETRIAL RELEASE

**U.S.C. CITATIONS**

TOTAL # OF COUNTS: __4__    ___ PETTY  ___ MISDEMEANOR  _4_ FELONY

| (Clerk's Office Use Only) | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1   8.1326A.F | 8 U.S.C. § 1326(a) | Illegal Reentry | 1 |
| Set 2   18:911.F | 18 U.S.C. § 911 | False Claim to Citizenship | 2 |
| Set 3   18:1546.F | 18 U.S.C. § 1546(a) | User or Possession of Fraudulent Documents | 3 |
| Set 4   42:408.F | 42 U.S.C § 408(a)(7)(B) | Misuse of Social Security Number | 4 |
| Set 5 | | | |

Date: 8/19/19    SIGNATURE OF AUSA: Kimberly Purdie

(Revised 2/26/10)